UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KERRY WACHTER, *et al.,*

                         *Plaintiffs,*

      -against-

LETITIA JAMES, *et al.,*


                         *Defendants*.

---

**NOTICE OF MOTION**

1:25-CV-01718
(GTS/CBF)

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendants<br><br>By: Aimee Cowan, Esq.<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 516178 |
| Time and Place of Hearing: | _____, at 10:00 a.m. before District Court Judge Glenn T. Suddaby to be held at the United States District Courthouse in Syracuse, New York, **upon submission only** |
| Relief and Basis: | An Order pursuant to F.R.C.P. 12(b)(6) dismissing Plaintiffs' complaint with prejudice, and for such other and further relief as the Court deems just and proper. |
| Supporting Papers: | Declaration of Attorney Aimee Cowan; Declaration of Assistant Attorney General Rachel Finn; Declaration of Counsel and Deputy Commissioner for Legal Affairs for the New York State Education Department Daniel Morton-Bentley; and Defendants' Memorandum of Law. |

Dated:        Syracuse, New York
              February 20, 2026

                                        LETITIA JAMES
                                        Attorney General of the State of New York
                                        Attorney for Defendants
                                        300 S. State Street, Suite 300
                                        Syracuse, New York 13202
                                        By_ _s/Aimee Cowan_____
                                        Aimee Cowan, Esq.
                                        Assistant Attorney General
                                        Bar Roll No. 516178
                                        Telephone:    (315) 448-4800
                                        Fax: (315) 448-4853
                                        Email: aimee.cowan@ag.ny.gov

To:    James V. F. Dickey, Esq.
       Jordan R. Miller, Esq.
       Attorneys for Plaintiffs
       Southeastern Legal Foundation
       560 W. Crossville Road, Suite 104
       Roswell, GA 30075

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2026, she filed Defendants' opposition to Plaintiffs' Motion for a Preliminary Injunction and Cross-Motion to Dismiss by electronically filing with the Clerk of the Court herein, using the CM/ECF system, which is understood to have sent notification of such filing electronically to the following:

> James V. F. Dickey, Esq.
> Jordan R. Miller, Esq.
> Attorneys for Plaintiffs
> Southeastern Legal Foundation
> 560 W. Crossville Road, Suite 104
> Roswell, GA 30075

Dated:          February 20, 2026

> LETITIA JAMES
> Attorney General of the State of New York
> Attorney for Defendants
> 300 S. State Street, Suite 300
> Syracuse, New York 13202
> By:_s/Aimee Cowan_____
> Aimee Cowan, Esq.
> Assistant Attorney General
> Bar Roll No. 516178
> Telephone:     (315) 448-4800
> Fax: (315) 448-4853

3