

560 W. Crossville Rd., Ste. 104
Roswell, Georgia 30075
www.SLFLiberty.org

April 30, 2026

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

   Re: ***Wachter, et al. v. James, et al.***
      Case No. 1:25-cv-01718-ANM-CBF
      Joint Motion to Reschedule Hearing

Dear Judge Nardacci:

   The parties jointly request that the Court reschedule the hearing date of May 20, 2026 at 1:30 P.M. in this matter, for good cause.

   Prior to the case being reassigned to Your Honor, counsel for the parties provided Judge Suddaby notice of their unavailability for a possible hearing, which included May 7, 13–21, and 29. Dkt. No. 23, Mar. 26, 2026. Specific to the scheduled hearing date of May 20, the undersigned does not at present have childcare for his children for May 13–20 and his wife is out of the country on a long-planned trip.

   The parties therefore respectfully request that the Court reschedule the hearing for a different date and time convenient for the Court. For the months of May and June, counsel for the parties is only unavailable on May 7, 13–21, and 29, and June 17.

        Respectfully submitted,

        **s/ James V. F. Dickey**
        James V. F. Dickey
         N.D.N.Y. Bar No. 706872
        Jordan R. Miller*
         Michigan Bar No. P81467
        Attorneys for Plaintiffs
        SOUTHEASTERN LEGAL FOUNDATION
        560 W. Crossville Road, Suite 104
        Roswell, GA 30075
        Tel.: (770) 977-2131
        jdickey@southeasternlegal.org
        jmiller@southeasternlegal.org
        *Admitted pro hac vice