## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

KERRY WACHTER, et al.,                )
                                      )
    *Plaintiffs*,                      )
                                      )
    v.                                )
                                      )    Case No. 1:25-cv-01718-AMN-CBF
                                      )
LETITIA JAMES, in her official capacity as )
Attorney General for the State of New York, et al.,  )    **NOTICE OF APPEAL**
                                      )
    *Defendants*.                      )
                                      )

Notice is hereby given that Kerry Wachter and Danielle Ciampino, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the district court's Memorandum-Decision and Order (Doc. 37) and Judgment in a Civil Case (Doc. 38) denying Plaintiffs' Motion for a Preliminary Injunction (Doc. 12) and granting Defendants' Cross-Motion to Dismiss (Doc. 20) entered in this action on the 8th day of June, 2026.


Dated: July 7, 2026                     **s/ _James V. F. Dickey_**
                                            James V. F. Dickey
                                            N.D.N.Y Bar No. 706872
                                            SOUTHEASTERN LEGAL FOUNDATION
                                            560 W. Crossville Road, Suite 104
                                            Roswell, GA 30075
                                            Tel.: (770) 977-2131
                                            jdickey@southeasternlegal.org

                                            *Attorneys for Plaintiffs*